# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TROY WHITE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 1:22-CV-04224-AT |
| HARD ROCK CAFE ) | |
| INTERNATIONAL (STP), INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Troy White ("**Plaintiff**") and Defendant Hard Rock Cafe International (STP), Inc. ("**HRCI**") (collectively, the "**Parties**") respectfully submit this Joint Discovery Status Report to the Court.

Since the filing of the last status report, Plaintiff has provided a preliminary damages analysis dated August 4, 2025. Simultaneously, Plaintiff has asked Defendant to supplement its production. Defendants are reviewing Plaintiff's preliminary damages calculation and his request to supplement the production. The parties will meet and confer and inform the Court of any issues which require Court intervention.

The Parties are happy to provide any additional information that the Court needs.

Respectfully submitted this 4th day of August, 2025, by:

| | |
|---|---|
| */s/ Don J. Foty* | */s/ F. Beau Howard* |
| Don J. Foty, *Pro Hac Vice* | F. Beau Howard |
| Texas Bar No. 24050022 | Ga. Bar No. 142641 |
| 2 Greenway Plaza, Suite 250 | Eileen Oakes Muskett, *Pro Hac Vice* |
| Houston, Texas 77046 | Colin Dougherty, *Pro Hac Vice* |
| T: 713-523-0001 | Adam Busler, *Pro Hac Vice* |
| F: 713-523-1116 | Lauren A. Wright, *Pro Hac Vice* |
| | Fox Rothschild LLP |
| And | 999 Peachtree Street, N.E., Suite 1500 |
| | Atlanta, Georgia 30309 |
| Lori M. Griffin (0085241) | T: (404) 870-3763 |
| The Lazzaro Law Firm, LLC | F: (404) 962-1200 |
| The Heritage Building, Suite 250 | fbhoward@foxrothschild.com |
| 34555 Chagrin Boulevard | emuskett@foxrothschild.com |
| Moreland Hills, Ohio 44022 | cdougherty@foxrothschild.com |
| Phone: 216-696-5000 | laurenwright@foxrothschild.com |
| Facsimile: 216-696-7005 | abusler@foxrothschild.com |
| lori@lazzarolawfirm.com | |
| | *Attorneys for Defendant Hard Rock* |
| And | *Cafe International (STP), Inc.* |
| Law Offices of Arnold J. Lizana III | |
| GA Bar No.: 698758 | |
| 1175 Peachtree Street NE, 10th Floor | |
| Atlanta, GA 30361 | |
| Telephone: 877-443-0999 | |
| | |
| *Attorneys for Plaintiffs and the Putative Class* | |

175269828.1

## CERTIFICATE OF SERVICE

I certify that on this August 4, 2025, a true and correct copy of the foregoing instrument was filed through the Court's electronic case filing which will serve a copy of this document electronically on all counsel of record.

>	*/s/ Don J. Foty*
>	Don J. Foty

## CERTIFICATION OF FONT AND POINT

I hereby certify that this brief has been prepared with Times New Roman font 14, which is approved by Local Rule 5.1.

>	By: */s/ Don J. Foty*
>	Don J. Foty